No.    CR 07 00431 JF HRL

FILED

# UNITED STATES DISTRICT COURT

2007 JUL 11 P 2:58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

### *vs.*

E-FILING    **FRITZ BRUNZ**

## INDICTMENT

**COUNT ONE:**    Title 21, U.S.C. § 331(a)(1); 21 U.S.C. § 333(a)(2); 21 U.S.C. § 352(f) - Causing the Introduction of Misbranded Drugs into Interstate Commerce

**COUNTS TWO - SEVEN :**    Title 21, U.S.C. § 841(a)(1) - Distribution of a Schedule II Controlled Substance

**COUNTS EIGHT - TEN:**    Title 21, U.S.C. § 841(a)(1) - Distribution of a Schedule IV Controlled Substance

*A true bill.*

_____
                                                                            *Foreperson*

*Filed in open court this* 11ᵗʰ *day of* July
*A.D.* 200 7

_____
                                                        *United States Magistrate Judge*

*Bail. $* ___NO BAIL ARREST WARRANT___ RS

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 JUL 11 P 2: 58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07 00431 |
| Plaintiff, | No. |
| v. | 21 U.S.C. §§ 331(a); 333(a); 352(f) - Causing the Introduction of Misbranded Drugs into Interstate Commerce; 21 U.S.C. § 841(a)(1) – Distribution of Schedule II and IV Controlled Substances; 21 U.S.C. § 853 — Criminal Forfeiture |
| FRITZ BRUNZ, | |
| Defendant. | SAN JOSE VENUE |
| | **UNDER SEAL** |

JF

HRL

INDICTMENT

The Grand Jury charges:

Introduction

1.      At all times relevant to this Indictment:

        a.      Defendant Fritz Brunz ("Brunz")  was the owner and operator of

www.healthylifemeds.com ("HealthyLifeMeds").

        b.      HealthyLifeMeds sold Schedule II and IV controlled substances, such as

Ritalin, Codeine, Halcion and Xanax, to customers without the required prescriptions or licenses.

Brunz purchased these controlled substances from companies in Mexico and other countries and

INDICTMENT
U.S. v. BRUNZ

1  of Brunz's Internet pharmacies paid Brunz either through checks, money orders, credit card or

2  electronic payments, such as PayPal. Brunz deposited the proceeds of these sales into various

3  bank accounts, including Union Bank of California account nos. 0690031356, 0590033472 and

4  0591289749.

5  The Food and Drug Administration's Regulation of Drugs

6      2.    The United States Food and Drug Administration (FDA) is responsible for

7
8  regulating the manufacture, labeling and distribution of all drugs and drug components shipped

9  or received in interstate commerce, including drugs shipped into the United States from foreign

10  countries.

11      3.    The FDA is also responsible for ensuring that prescription drugs are properly

12  labeled with adequate directions for their use. The FDA also requires that these directions appear

13  in the English language.

14      4.    Because of their toxicity and other potential harmful effects, certain drugs

15  are not considered safe for use except under the supervision of a practitioner licensed by law to

16  administer such drugs. Such drugs are known as prescription drugs. Dispensing a prescription

17  drug without a valid prescription is an act which results in the drug being misbranded while held

18  for sale.

19
20  COUNT ONE:  (21 U.S.C. § 331(a)(1); 21 U.S.C. § 333(a)(2); 21 U.S.C. § 352(f) - Causing the
                Introduction of Misbranded Drugs into Interstate Commerce)

21      5.    The factual allegations in paragraphs One through Four are realleged and

22  incorporated by reference as if set forth in full here.

23      6.    Beginning at a time unknown to the Grand Jury and continuing until in or about

24  May 2005, in the Northern District of California and elsewhere, the defendant

25
26                  FRITZ BRUNZ

27  did, with intent to defraud and mislead, cause the introduction and delivery for introduction into

28  interstate commerce the drugs Methylphenidate ("Ritalin"), Codeine sulfate ("Codeine"),

INDICTMENT
U.S. v. BRUNZ         2

Triazolam ("Halcion") and Alprazolam ("Xanax"), which were misbranded, in that:

a.    their labeling failed to bear adequate directions for use, and adequate warnings against their use, by children, or by persons suffering from pathological conditions under which their use might be dangerous to health, or directions and warnings regarding proper dosage and methods or duration of administration or application (21 U.S.C. § 352(f)); and

b.    words, statements, and other information required by and under authority of the FDCA to appear on the label or labeling was not prominently placed thereon with such conspicuousness and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use, in that the wording on the labeling was in Spanish (21 U.S.C. § 352(c));

All in violation of Title 21, United States Code, Sections 331(a), 333(a)(1) and 352(f).

COUNTS TWO THROUGH SEVEN:  (21 U.S.C. § 841(a)(1) – Distribution of a Schedule II Controlled Substance)

7.    The factual allegations in paragraphs One through Six are realleged and incorporated by reference as if set forth in full here.

8.    On or about the date set forth below, in the Northern District of California and elsewhere, the defendant

FRITZ BRUNZ

did knowingly and intentionally distribute a Schedule II controlled substance without a license, the names of which are as follows:

| COUNT | DATE | CONTROLLED SUBSTANCE | QUANTITY |
|-------|------|---------------------|----------|
| 2 | 4/8/04 | Methylphenidate ("Ritalin") | 100 tablets |
| 3 | 5/13/04 | Methylphenidate ("Ritalin") | 60 tablets |
| 4 | 5/13/04 | Codeine sulfate ("Codeine") | 120 tablets |
| 5 | 5/28/04 | Methylphenidate ("Ritalin") | 60 tablets |
| 6 | 5/28/04 | Codeine sulfate ("Codeine") | 60 tablets |

| 7 | 3/1/05 | Codeine sulfate ("Codeine") | 30 tablets |

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNTS EIGHT THROUGH TEN:    (21 U.S.C. § 841(a)(1) – Distribution of a Schedule IV Controlled Substance)

9.      The factual allegations in paragraphs One through Eight are realleged and incorporated by reference as if set forth in full here.

10.     On or about the date set forth below, in the Northern District of California and elsewhere, the defendant

FRITZ BRUNZ

did knowingly and intentionally distribute a Schedule IV controlled substance without a license, the names of which are as follows:

| COUNT | DATE | CONTROLLED SUBSTANCE | QUANTITY |
|-------|------|----------------------|----------|
| 8 | 5/13/04 | Triazolam ("Halcion") | 30 tablets |
| 9 | 5/28/04 | Triazolam ("Halcion") | 30 tablets |
| 10 | 3/1/05 | Alprazolam ("Xanax") | 50 tablets |

All in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION ONE:       (18 U.S.C. § 853 – Criminal Forfeiture)

11.     The factual allegations in paragraphs One through Ten are realleged and incorporated by reference as if set forth in full here.

12.     Upon conviction for any of the offenses alleged in Counts Two through Ten above, defendant

FRITZ BRUNZ

shall forfeit to the United States any property constituting, and derived from any proceeds defendant obtained, directly or indirectly, as the result of such violations, and any of defendant's

INDICTMENT
U.S. v. BRUNZ                                    4

1   property used or intended to be used, in any manner or part, to commit or to facilitate the

2   commission of such violations, pursuant to Title 21, United States Code, Section 853(a)(1) and

3   (2)including but not limited to the following:

4              Union Bank of California Bank Account No. 0690031356;

5              Union Bank of California Bank Account No. 0590033472; and

6              Union Bank of California Bank Account No. 0591289749.

7     13.     If as a result of any act or omission of defendant, any of said property

8

9         a.     cannot be located upon the exercise of due diligence;

10        b.     has been transferred, or sold, to or deposited with a third person;

11        c.     has been placed beyond the jurisdiction of the Court;

12        d.     has been substantially diminished in value; or

13        e.     has been commingled with other property which, without difficulty, cannot

14             be subdivided;

15   any and all interest defendant has in any other property (not to exceed the value of the above

16   forfeitable property) shall be forfeited to the United States, pursuant to Title 21, United States

17   Code, Section 853(a)(1) and (p).

18

19

20   DATED:                             A TRUE BILL.

21   11-July-2007

22                                      FOREPERSON

23   SCOTT N. SCHOOLS

24   United States Attorney

25

26   MATTHEW A. PARRELLA
    Chief, San Jose Division

27

28   (Approved as to form:
       /AUSA CHEW

INDICTMENT
U.S. v. BRUNZ                 5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: ☐ COMPLAINT ☑ INFORMATION ☑ INDICTMENT | Name of District Court, and/or Judge/Magistrate Location |
| ☐ SUPERSEDING | NORTHERN DISTRICT OF CALIFORNIA |

_FILED_

_E-FILING_

**OFFENSE CHARGED**

21 U.S.C. 331(a), 333(a), 352(f)
21 U.S.C. 841(a)(1)
21 U.S.C. 853

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

See attached sheet

CR

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
ICE Special Agent Wendell Wright

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Hanley Chew

**DEFENDANT - U.S.**

▶ FRITZ BRUNZ

DISTRICT COURT NUMBER

## 07  00431 JF

HRL

**DEFENDANT**

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution

Los Angeles Men's County Jail

Has detainer been filed?  ☐ Yes  If "Yes" give date filed
                          ☑ No

**DATE OF ARREST** ▶        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶        Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

# Attachment to
# Penalty Sheet for
# <u>United States v. Fritz Brunz</u>

Count One: Causing Introduction of Misbranded Drugs into Interstate Commerce
(21 U.S.C. §§ 331(a); 333(a); 352(f))

| | |
|---|---|
| Maximum Penalties: | 3 years |
| | $10,000 fine |
| | 3 years of supervised release |
| | $100 mandatory special assessment |

Counts Two Through Seven: Distribution of Schedule II Controlled Substances
(21 U.S.C. § 841(a)(1))

| | |
|---|---|
| Maximum Penalties: | 20 years |
| | $1,00,000 fine |
| | 3 years of supervised release |
| | $100 mandatory special assessment |

Counts Eight Through Ten: Distribution of Schedule IV Controlled Substances
(21 U.S.C. § 841(a)(1))

| | |
|---|---|
| Maximum Penalties: | 3 years |
| | $250,000 fine |
| | 3 years of supervised release |
| | $100 mandatory special assessment |

Forfeiture Count (21 U.S.C. § 853)