1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5061
7    E-mail: hanley.chew@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,         )   No. CR 07-00431 JF
                                     )
14         Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER CONTINUING STATUS**
15    v.                             )   **CONFERENCE FROM APRIL 1, 2009**
                                     )   **TO APRIL 22, 2009 AND EXCLUDING**
16 FRITZ BRUNZ,                      )   **TIME FROM APRIL 1, 2009**
                                     )   **THROUGH APRIL 22, 2009 , FROM**
17                                   )   **CALCULATIONS UNDER THE**
           Defendant.                )   **SPEEDY TRIAL ACT (18 U.S.C. § 3161)**
                                     )
18

19         The parties hereby request that the Court enter this order excluding time from April 1,

20 2009 through April 22, 2009.  The parties, including the defendant, stipulate as follows:

21 1.      The defendant understands and agrees to the exclusion of time from calculations under

22 the Speedy Trial Act, 18 U.S.C. § 3161, for the period from April 1, 2009 through April 22, 2009

23 based upon the need for the defense counsel to investigate further the facts of the present case

24 and determine what, if any, motions are appropriate.  The government has produced discovery in

25 this case and the defense counsel and defendant require additional time to review and analyze

26 this discovery.  A status conference will not being meaningful until after defendant and defense

27 counsel has had an opportunity to complete their investigation.  The parties agree that the status

28 conference currently scheduled for April 1, 2009 and should be continued to April 22, 2009 at 9

STIPULATION AND [PROPOSED] ORDER
U.S. v. BRUNZ, No. CR 08-00431 JF

1  a.m.  In addition, the parties have met and are discussing a potential disposition in this matter, but need additional time to pursue those settlement discussions.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from April 1, 2009 through April 22, 2009.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from April 1, 2009 through April 22, 2009 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: March 11, 2009 | /s/ Hanley Chew<br>HANLEY CHEW<br>Assistant United States Attorney |
| Dated: March 11, 2009 | /s/ Cynthia Lie<br>CYNTHIA LIE<br>Assistant Federal Public Defender<br>Attorney for defendant<br>Fritz Brunz |

# [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 1, 2009 through April 22, 2009, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and

STIPULATION AND [PROPOSED] ORDER
U.S. v. BRUNZ, No. CR 08-00431 JF

1  is in the defendant's best interests; and (3) the ends of justice are served by excluding from
2  calculations the period from April 1, 2009 through April 22, 2009.
3      Accordingly, the Court further orders that (1) the status conference set for April 1, 2009
4  is vacated and that the next appearance date before this Court is scheduled for April 22, 2009, at
5  9:00 a.m.; and (2) the time from April 1, 2009 through April 22, 2009 is excluded from time
6  calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

8  IT IS SO ORDERED.

9  DATED: 3/18/09

10  THE HONORABLE JEREMY FOGEL
    United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
U.S. v. BRUNZ, No. CR 08-00431 JF