IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00431 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| | ) | |
| vs. | ) | |
| | ) | |
| FRITZ BRUNZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the the Order Setting Conditions of Release and Appearance Bond issued February 23, 2009 shall be modified to delete the requirement of home confinement with electronic monitoring.

Dated: April 24, 2009

_____
HON. JEREMY FOGEL
United States District Judge

[Proposed] Order re Modification of Pretrial
Release Conditions                               1