1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BRUNZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )    No. CR-07-00431 JF
                                         )
11                    Plaintiff,         )    STIPULATION AND [PROPOSED]
                                         )    ORDER TO CONTINUE SENTENCING
12  vs.                                  )    HEARING
                                         )
13  FRITZ BRUNZ,                         )
                                         )
14                    Defendant.         )
    _____ )

15

16                        **STIPULATION**

17          Defendant Fritz Brunz and the government, by and through counsel, hereby stipulate and

18  agree that the sentencing hearing currently scheduled for Wednesday, July 29, 2009 may be

19  continued to Wednesday, September 30, 2009 at 9:00 a.m., in order to facilitate completion of

20  the draft and final presentence reports in conformity with the Local Rules.  United States

21  Probation Officer Benjamin Flores has been consulted as to the proposed continuance and

22  concurs in the request.

23

24  Dated: June 23, 2009

25                              s/_____
                                HANLEY CHEW
26                              Assistant United States Attorney

1    Dated: June 22, 2009

2                                          s/_____
                                           CYNTHIA C. LIE
3                                          Assistant Federal Public Defender

4

5                                    **[PROPOSED] ORDER**

6          Good cause appearing and by stipulation of the parties, it is hereby ordered that the

7    sentencing hearing in the above-captioned matter currently scheduled for Wednesday, July 29,

8    2009 shall be continued to Wednesday, September 30, 2009 at 9:00 a.m.

9

10   Dated: June __24__, 2009

11                                          _____
                                           HON. JEREMY FOGEL
12                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26