BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BRUNZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FRITZ BRUNZ,<br><br>　　　　　　　Defendant. | No. CR-07-00431 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |

## STIPULATION

Defendant Fritz Brunz and the government, by and through counsel, hereby stipulate and agree that the sentencing hearing currently scheduled for Wednesday, September 30, 2009 may be continued to Wednesday, December 16, 2009 at 9:00 a.m., in order to facilitate completion of the draft and final presentence reports in conformity with the Local Rules.  United States Probation Officer Benjamin Flores has been consulted as to the proposed continuance and concurs in the request.

Dated: August 20, 2009

　　　　　　　　　　　　　　　　　　　　s/_____
　　　　　　　　　　　　　　　　　　　　HANLEY CHEW
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Stipulation and [Proposed] Order to Continue
Sentencing Hearing                                         1

Dated: August 20, 2009

                                                        s/_____
                                                        CYNTHIA C. LIE
                                                        Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter currently scheduled for Wednesday, September 30, 2009 shall be continued to Wednesday, December 16, 2009 at 9:00 a.m.

Dated: August 31, 2009

_____
HON. JEREMY FOGEL
United States District Judge