JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00431 JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT'S SENTENCING FROM DECEMBER 16, 2009 TO MARCH 24, 2010** |
| FRITZ BRUNZ, | ) | |
| Defendant. | ) | |

     The parties, including the defendant, stipulate as follows:

1.    On April 22, 2009, defendant Fritz Brunz ("defendant") pled guilty, pursuant to a plea agreement, to count one the indictment, charging him with introducing or causing to be introduced into interstate commerce a misbranded drug, in violation of 21 U.S.C. § 331(a). Defendant's sentencing is currently scheduled for December 16, 2009 at 9:00 a.m.

2.    The Probation Office has stated that it needs additional time to complete the Presentence Report in this matter. The parties do not object to a continuance for this purpose. The Probation Office has been notified concerning the proposed date of the continuance and have no objection.

     Therefore, the parties respectfully request that the Court continue defendant's sentencing

STIP. & [PROPOSED] ORDER
U.S. v. BRUNZ, NO. CR 07-00431 JF

1 | from December 16, 2009 to March 24, 2010, at 9:00 a.m.

2 | IT IS SO STIPULATED.

|  | JOSEPH P. RUSSONIELLO |
|  | United States Attorney |

Dated: 11/30/09                    /s/ Hanley Chew
                                   HANLEY CHEW
                                   Assistant United States Attorney

Dated: 11/30/09                    /s/ Cynthia Lie
                                   CYNTHIA LIE
                                   Assistant Federal Public Defender
                                   Attorney for Defendant

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Fritz Brunz's sentencing in the above-captioned case is continued from December 16, 2009 to March 24, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 12/3/09                     _____
                                   THE HONORABLE JEREMY FOGEL
                                   United States District Court Judge