| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant BRUNZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00431 JF |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|  | ) | ORDER TO CONTINUE SENTENCING |
| vs. | ) | HEARING |
|  | ) |  |
| FRITZ BRUNZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

## STIPULATION

Defendant Fritz Brunz and the government, by and through counsel, hereby stipulate and agree that the sentencing hearing currently scheduled for Wednesday, March 24, 2010 may be continued to Thursday, June 24, 2010 at 9:00 a.m., in order to facilitate completion of the draft and final presentence reports in conformity with the Local Rules.  United States Probation Officer Benjamin Flores has been consulted as to the proposed continuance and concurs in the request.

Dated: February 25, 2010

                                                  s/_____
                                                HANLEY CHEW
                                                Assistant United States Attorney

1  Dated: February 25, 2010

2                                            s/_____
                                             CYNTHIA C. LIE
3                                            Assistant Federal Public Defender

4

5

6                                      [PROPOSED] ORDER

7       Good cause appearing and by stipulation of the parties, it is hereby ordered that the

8  sentencing hearing in the above-captioned matter currently scheduled for Wednesday, March 24,

9  2010, shall be continued to Thursday, June 24, 2010 at 9:00 a.m.

10  Dated: __3/9_____, 2010

11                                            _____
                                              HON. JEREMY FOGEL
12                                            United States District Judge

Stipulation and [Proposed] Order to Continue
Sentencing Hearing                              2