1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HANLEY CHEW  (189985)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, CA 95113
        Telephone: (408) 535-5061
7       Fax:  (408) 535-5066
        E-Mail: hanley.chew@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                          SAN JOSE  DIVISION
13

14 UNITED STATES OF AMERICA,         )   No. CR 07-00431 JF
                                     )
15      Plaintiff,                   )
                                     )   **STIPULATION AND [PROPOSED]**
16      v.                           )   **ORDER TO CONTINUE**
                                     )   **DEFENDANT'S SENTENCING FROM**
17 FRITZ BRUNZ,                      )   **JUNE 24, 2010 TO JULY 22, 2010**
                                     )
18      Defendant.                   )
                                     )
19

        The parties, including the defendant, stipulate as follows:

   1.   On April 22, 2009, defendant Fritz Brunz ("defendant") pled guilty, pursuant to

a plea agreement, to count one the indictment, charging him with introducing or causing to be

introduced into interstate commerce a misbranded drug, in violation of 21 U.S.C. § 331(a).

Defendant's sentencing is currently scheduled for June 24, 2010 at 9:00 a.m.

    2.   Government counsel will be beginning a two-week trial on June 15, 2010 before Judge

James Ware.  In addition, defendant who cares for his elderly mother needs additional time to

assess her medical issues and determine her immediate needs for assistance.  The Probation

Officer has been notified concerning the proposed continuance and has no objection.

STIP. & [PROPOSED] ORDER
U.S. v. BRUNZ, NO. CR 07-00431 JF

Therefore, the parties respectfully request that the Court continue defendant's sentencing from June 24, 2010 to July 22, 2010, at 9:00 a.m.

IT IS SO STIPULATED.

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

Dated: 5/28/10                              /s/ Hanley Chew
                                              HANLEY CHEW
                                              Assistant United States Attorney

Dated: 5/28/10                              /s/ Cynthia Lie
                                              CYNTHIA LIE
                                              Assistant Federal Public Defender
                                              Attorney for Defendant

## [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Fritz Brunz's sentencing in the above-captioned case is continued from June 24, 2010 to July 22, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 6/16/10                              _____
                                              THE HONORABLE JEREMY FOGEL
                                              United States District Court Judge