JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 07-00431 JF |
|           Plaintiff,  ) ) | **STIPULATION AND [PROPOSED]** |
| v.   ) | **ORDER TO CONTINUE** |
|    ) | **DEFENDANT'S SENTENCING FROM** |
| FRITZ BRUNZ,   ) | **JULY 22, 2010 TO AUGUST 26, 2010** |
|           Defendant.  ) ) | |

The parties, including the defendant, stipulate as follows:

1.    On April 22, 2009, defendant Fritz Brunz ("defendant") pled guilty, pursuant to a plea agreement, to count one the indictment, charging him with introducing or causing to be introduced into interstate commerce a misbranded drug, in violation of 21 U.S.C. § 331(a). Defendant's sentencing is currently scheduled for July 22, 2010 at 9:00 a.m.

2.    The parties need additional time to prepare for sentencing. The government is conducting a quantitative analysis of the prescription drugs that were purchased from defendant's Internet pharmacy. Based upon the results of this analysis, defendant may need time to retain an expert

STIP. & [PROPOSED] ORDER
U.S. v. BRUNZ, NO. CR 07-00431 JF

to conduct his own quantitative analysis. In addition, defendant who cares for his elderly mother needs additional time to assess her medical issues and determine her immediate needs for assistance. The Probation Officer has been notified concerning the proposed continuance and has no objection.

Therefore, the parties respectfully request that the Court continue defendant's sentencing from July 22, 2010 to August 26, 2010, at 9:00 a.m.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 7/8/10       /s/ Hanley Chew
                    HANLEY CHEW
                    Assistant United States Attorney

Dated: 7/8/10       /s/ Cynthia Lie
                    CYNTHIA LIE
                    Assistant Federal Public Defender
                    Attorney for Defendant

# [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Fritz Brunz's sentencing in the above-captioned case is continued from July 22, 2010 to August 26, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 7/21/10        _____
                      THE HONORABLE JEREMY FOGEL
                      United States District Court Judge